# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WENDELL THOMPSON

NO. 2021 KW 1360

**DECEMBER 6, 2021**

---

In Re:     Wendell Thompson, applying for supervisory writs, 22nd
           Judicial District Court, Parish of Washington, No. 02-
           CR8-86387.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.** The records of the Washington Parish Clerk of
Court's Office reflect that relator filed the motion for
production of documents on November 9, 2021. This court will
not intervene in a proceeding where the applicant has not
allowed sufficient time for the district court to act.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT